## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Raymond Massud

                                  Plaintiff,

v.                                         Case No.: 1:23−cv−16359
                                                        Honorable John Robert Blakey

Midwest Gaming & Entertainment, LLC

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 28, 2024:

      MINUTE entry before the Honorable John Robert Blakey: In light of the reassignment and consolidation order linking this case to Case No. 23−cv−16225, the Court denies as moot the parties' motions to extend time [14], [15]. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.